# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00528-CV

In re Lee L. Rodgers

## ORIGINAL PROCEEDING

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed:   September 25, 2006